# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL<br>150 Bergen Street<br>Newark, NJ 07103,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT<br>Secretary of the United States Department of<br>Health and Human Services<br>200 Independence Avenue, SW<br>Washington, DC 20201,<br><br>    Defendant. | Case No. 1:06-cv-01200 (EGS) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiff's Complaint, Summons and related papers to be delivered via United States certified mail to:

> Alberto R. Gonzales
> Attorney General of the U.S.
> Department of Justice
> 950 Pennsylvania Ave., SW
> Washington, D.C. 20530
> SERVED:  June 28, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

- 2 -

        Respectfully submitted,

        _/s/ Jacqueline E. Bennett____
        Jacqueline E. Bennett
        DC Bar #474355
        Murray J. Klein
        DC Bar #492415
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC  20005
        (202) 414-9200
        (202) 414-9299 facsimile
        JBennett@ReedSmith.com

Dated:  August 3, 2006