| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* / B. Date of Delivery<br>C. Signature<br>X [signature] JUN 2 8 2006   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. Alberto R. Gonzales<br>Attorney General of the U.S.<br>Department of Justice<br>950 Pennsylvania Avenue, SW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7004 2890 0000 6902 5512 |
| PS Form 3811, July 1999 | Domestic Return Receipt    102595-00-M-0952 |