| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): LAWRENCE   B. Date of Delivery: 7-10-06<br>C. Signature: X [signature]   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>   If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Mr. Michael O. Leavitt<br>United States Department of Health and Human Services<br>200 Independence Ave., SW<br>Washington, DC 20201 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424