# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL )<br>150 Bergen Street )<br>Newark, NJ 07103, )<br>                   Plaintiff, )<br>v. )<br>                            )<br>MICHAEL O. LEAVITT )<br>Secretary of the United States Department of )<br>Health and Human Services )<br>200 Independence Avenue, SW )<br>Washington, DC 20201, )<br>                 Defendant. ) | Case No. 1:06-cv-01200 (EGS) |

## **PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiff's Complaint, Summons and related papers to be delivered via United States certified mail to:

> Kenneth L. Wainstein
> United States Attorney
> Department of Justice
> 555 4th Street, N.W.
> Washington, D.C. 20530
> SERVED: June 29, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

- 2 -

                Respectfully submitted,

                _/s/ Jacqueline E. Bennett____
                Jacqueline E. Bennett
                DC Bar #474355
                Murray J. Klein
                DC Bar #492415
                **REED SMITH LLP**
                1301 K Street, N.W.
                Suite 1100 – East Tower
                Washington, DC  20005
                (202) 414-9200
                (202) 414-9299 facsimile
                JBennett@ReedSmith.com

Dated:  August 3, 2006