| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature<br>X        JUN 2 9 2006 | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>United States Attorney<br>Department of Justice<br>555 4th St. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |  |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |
| 2. Article Number<br>   *(Transfer from service label)* | 7004 2890 0000 6902 5529 | |
| PS Form 3811, March 2001 | Domestic Return Receipt | 102595-01-M-1424 |