UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01200 (EGS) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary | ) | |
| of the United States Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Susan Maxson Lyons for the Defendant Secretary of Health and Human Services in the above-captioned action. Pursuant to Local Civil Rule 83.2(j), Defendant's undersigned counsel hereby certifies her personal familiarity with the Local Rules of this Court.

                                                       /s/
                                     SUSAN MAXSON LYONS
                                     Attorney
                                     D.C. Bar No. 434249
                                   U.S. Department of Health and
                                         Human Services
                                   Office of the General Counsel
                                   Room 5309 Cohen Building
                                   330 Independence Avenue, S.W.
                                   Washington, D.C. 20201
                                   (202) 619-3802
                                   Facsimile: (202) 401-1405