UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| v. | ) Case No. 1:06CV01200 (EGS) |
| | ) |
| MICHAEL O. LEAVITT, Secretary | ) |
| of the United States Department | ) |
| of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a sixty-day enlargement of time, up to and including November 10, 2006, to answer or otherwise respond to Plaintiff's Complaint. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on June 29, 2006.

2. Plaintiff's Complaint was served on the office of the United States Attorney for the District of Columbia on July 11, 2006. Thus, the current deadline for the Secretary's response to Plaintiff's Complaint is September 11, 2006. Fed. R. Civ. P. 12(a)(3)(A).

3. Plaintiff challenges jurisdictional determinations dated May 2, 2006, and June 12, 2006, of the Provider Reimbursement Review Board ("PRRB" or "Board"), in which the Board held that it did not have jurisdiction over a particular issue added to Plaintiff's

appeals of its NPRs for fiscal years 2000 and 2001 because Plaintiff had not claimed the cost at issue in its cost reports.

4. The Office of the Attorney Advisor ("OAA") within the Centers for Medicare & Medicaid Services ("CMS") is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes. As of the date of this filing, OAA has not yet completed compiling the administrative record.

5. The Secretary's counsel has a previously scheduled vacation from August 24 until September 6, 2006.

6. In order to allow sufficient time for OAA to compile the complete administrative record for this action, and for the Secretary's counsel to review that; to consult with the agency as necessary; and to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of sixty days, up to and including November 10, 2006, within which to answer or otherwise respond to Plaintiff's Complaint.

8. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on August 14, 2006 regarding this motion. Plaintiff's counsel stated that Plaintiff has no objection to the instant motion.

9. This request is made in good faith and not for purposes of delay.

10. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

11. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                       Respectfully submitted,

                                       /s/
                                      KENNETH L. WAINSTEIN
                                      United States Attorney
                                      D.C. Bar No. 451058

                                       /s/
                                      MEGAN L. ROSE
                                      Assistant United States Attorney
                                      N.C. Bar No. 28639
                                      Civil Division
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7220
                                      Facsimile: (202) 514-8780


                                       /s/
                                      SUSAN MAXSON LYONS
                                      D.C. Bar No. 434249
                                      Attorney
                                      U.S. Department of Health and
                                         Human Services
                                      Office of the General Counsel
                                      Room 5309 Cohen Building
                                      330 Independence Ave., S.W.
                                      Washington, D.C. 20201
                                      (202) 619-3802
                                      Facsimile: (202) 401-1405

                                      Counsel for Defendant