# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL,    ) | |
|    ) | |
| Plaintiff ,    ) | |
|    ) | |
| v.    ) | Case No. 1:06CV01200 (EGS) |
|    ) | |
| MICHAEL O. LEAVITT, Secretary    ) | |
| of the United States Department    ) | |
| of Health and Human Services,    ) | |
|    ) | |
| Defendant.    ) | |
| _____) | |

### <u>ORDER</u>

Having considered Defendant's Unopposed Motion for Enlargement of Time to Respond to the Complaint, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before November 10, 2006.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO COUNSEL:

**Plaintiff's Counsel**
Murray J. Klein
Jacqueline E. Bennett
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005

**Defendant's Counsel**
Susan Maxson Lyons
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Center for Medicare & Medicaid Services Division
Room 5309
330 Independence Ave., N.W.
Washington, D.C.  20201

Megan L. Rose
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E-4220
Washington, D.C. 20530