UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff , )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of the United States Department )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01200 (EGS) |

## NOTICE OF FILING

Defendant Michael O. Leavitt, the Secretary of Health and Human Services, files herewith the two-volume certified administrative record for Plaintiff's complaint in this action.

November 13, 2006                                  Respectfully submitted,

                                                                    _____/s/_____
                                                                    JEFFREY A. TAYLOR
                                                                    United States Attorney
                                                                    D.C. Bar No. 498610

                                                                    _____/s/_____
                                                                    MEGAN L. ROSE
                                                                    Assistant United States Attorney
                                                                    N.C. Bar No. 28639
                                                                    Civil Division
                                                                    555 Fourth Street, N.W.
                                                                    Washington, D.C. 20530
                                                                    (202) 514-7220
                                                                    Facsimile: (202) 514-8780

          /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have, on this 13th day of November, 2006, served a true and correct copy of the foregoing Notice of Filing in <u>UMDMJ-University Hospital v. Leavitt</u>, Case No. 1:06-CV-01200 (EJS), by City Express, on counsel for Plaintiff at the following address:

> Murray J. Klein
> Jacqueline E. Bennett
> REED SMITH LLP
> 1301 K Street, N.W.
> Suite 1100 - East Tower
> Washington, D.C. 20005

 _____
 Megan L. Rose
 Assistant United States Attorney
 Civil Division
 555 4th Street, N.W. - Room E-4220
 Washington, D.C. 20530