UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff , )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>   of the United States Department )<br>   of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01200 (EGS) |

## JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE

Counsel for Plaintiff, UMDNJ-University Hospital, and for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, have conferred. The parties agree that this is an action for review on an administrative record, and thus discovery is not appropriate; the requirements of a Rule 26(f) conference, a joint meet and confer statement, and initial disclosures are not applicable; and the obligation to have an initial scheduling conference does not arise. See Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1). Accordingly, the parties respectfully request that they be relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to submit the Joint Statement and attend the February 1, 2007, Initial Scheduling Conference, which were ordered by this Court on November 22, 2006.

Furthermore, the parties agree that this case should be resolved on the basis of

settlement and/or dispositive motions, and that a short delay in the onset of briefing is desirable so that the parties may consider settlement. Accordingly, the parties respectfully request that the Court approve the following proposed briefing schedule for the submission of the parties' respective dispositive motions:

> March 19, 2007: Plaintiffs' dispositive motion
>
> April 23, 2007: Defendant's dispositive motion and opposition to Plaintiffs' motion
>
> May 29, 2007: Plaintiffs' opposition to Defendant's motion and reply
>
> June 19, 2007: Defendant's reply

A proposed Order is attached.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        /s/
        MEGAN L. ROSE
        Assistant United States Attorney
        N.C. Bar No. 28639
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        Facsimile: (202) 514-8780

       /s/
_____
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405
_____

Counsel for Defendant

      / s /
_____
Murray J. Klein
D.C. Bar No. 492415
Jacqueline E. Bennett
D.C. Bar No. 474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
Facsimile: (202) 414-9299

Counsel for Plaintiffs