UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV01200 (EGS) |
| | ) |
| MICHAEL O. LEAVITT, Secretary | ) |
| of the United States Department | ) |
| of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Having considered the parties' Joint Notice and Motion to Set Briefing Schedule, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that, because this is an action for review on an administrative record under Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1), the parties are hereby relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to submit the Joint Statement and attend the February 1, 2007 Initial Scheduling Conference, which had been ordered by the Court on November 22, 2006; and it is

FURTHER ORDERED that the parties shall submit dispositive motions in accordance with the following briefing schedule:

    March 19, 2007:    Plaintiffs' dispositive motion

| | |
|---|---|
| April 23, 2007: | Defendant's dispositive motion and opposition to Plaintiffs' motion |
| May 29, 2007: | Plaintiffs' opposition to Defendant's motion and reply |
| June 19 2007: | Defendant's reply |

_____/s/_____
UNITED STATES DISTRICT JUDGE
