UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>   of the United States Department )<br>   of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01200 (EGS) |

## PLAINTIFF'S CONSENT MOTION TO FILE AMENDED COMPLAINT

Plaintiff, UMDNJ-University Hospital, by counsel, moves for the filing of the attached Amended Complaint, and as grounds therefor states:

1. The Plaintiff wishes to file an Amended Complaint to plead additional facts regarding certain fiscal years for which relief is being sought.

2. Counsel for the Plaintiff has contacted counsel for the Defendant, who consents to the filing of the Amended Complaint provided that he is provided with additional time in which to file a response to the Amended Complaint. The Plaintiff will consent to this relief, which is being sought in a separate motion.

3. The parties do not believe that the briefing schedule entered by the Court will need to be revised due to the filing of the Amended Complaint.

WHEREFORE, the Plaintiff asks that its Motion be granted and that the Amended Complaint be deemed filed as of the date of the filing of this Motion.

Respectfully submitted,

_____/ s / Jacqueline E. Bennett_____
Murray J. Klein
D.C. Bar No. 492415
Jacqueline E. Bennett
D.C. Bar No. 474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200
Facsimile: (202) 414-9299

Counsel for Plaintiff