UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL<br>150 Bergen Street<br>Newark, New Jersey 07103<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL O. LEAVITT, Secretary of the<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>       Defendant. | :<br>:<br>:<br>:  Case No. 1:06-cv-01200-EGS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of the Plaintiff's Consent Motion to File Amended Complaint, and seeing that the parties agree to the relief being sought, it is hereby

ORDERED that the Consent Motion is granted, and that the Amended Complaint is deemed filed as of February 7, 2007.


Date: _____                    _____
                                     United States District Judge