UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL,   )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>      v.                                            )      Case No. 1:06CV01200 (EGS)<br>                                                          )<br>MICHAEL O. LEAVITT, Secretary   )<br>     of the United States Department  )<br>     of Health and Human Services,  )<br>                                                          )<br>            Defendant.                   )<br>_____) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("Secretary"), by and through his undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's Amended Complaint. Defendant requests that the deadline for responding be extended thirty (30) days, from February 22 through March 26, 2007. In compliance with LCvR 7(m), the undersigned counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has consented to this motion.

In support of the instant motion, the Secretary states as follows:

1. This action was initiated with the filing of a Complaint on June 29, 2006.

2. The original Complaint challenged two decisions by the Provider Reimbursement Review Board ("PRRB") denying jurisdiction over Plaintiff's request for an administrative hearing with respect to a particular issue. Each of these determinations

related to UMDNJ's Medicare payment for a particular fiscal year.

3.  The Defendant filed his Answer to the Complaint on November 9, 2006, and the administrative record related to the two final determinations at issue on November 13, 2006.

4.  On January 10, 2006, the parties filed a Joint Notice and Motion to Set Briefing Schedule under which the parties moved this Court to adopt the following briefing schedule:

| | |
|---|---|
| March 19, 2007: | Plaintiff's dispositive motion |
| April 23, 2007: | Defendant's dispositive motion and opposition to Plaintiff's motion |
| May 29, 2007: | Plaintiff's opposition to Defendant's motion and reply |
| June 19, 2007: | Defendant's reply |

5.  This Court adopted the proposed schedule by Order dated January 11, 2007.

6.  Plaintiff filed its Motion to File Amended Complaint on February 7, 2007. The Court granted the Motion and deemed the Amended Complaint filed on February 8, 2007. Pursuant to Fed. R. Civ. P. 15(a), the Secretary's Answer to the Amended Complaint currently is due February 22, 2007.

7.  The Amended Complaint purportedly challenges three additional determinations of the PRRB, related to three additional fiscal years. Answering the Amended Complaint will necessitate compiling a supplemental administrative record for those additional determinations.

8. The Office of Attorney Advisor ("OAA") in the Centers for Medicare & Medicaid Services ("CMS") is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions resolving provider reimbursement disputes, and, thus, its workload is quite heavy. Because of a case backlog, it may take weeks for the OAA to compile the supplemental administrative record related to the three additional determinations.

9. In order to allow sufficient time for compilation and review of the record, and for preparation of an appropriate response to the Amended Complaint, the Secretary respectfully requests an enlargement of time of thirty (30) days, up to and including March 26, 2007, within which to respond to the Amended Complaint.

10. This is Defendant's first request for an enlargement of time with respect to the Amended Complaint.

11. Counsel for the Defendant consented to the filing of the Amended Complaint provided that the Plaintiff would agree to provide the Defendant with an additional thirty (30) days in which to file his Answer. Counsel for the Plaintiff agreed that she would consent to this enlargement of time.

12. The parties agree that the briefing schedule previously agreed to by the parties and entered by the Court will not need to be revised, even though Plaintiff's dispositive motion would be due prior to the Secretary's requested due date for the Answer and filing of the supplemental administrative record.

13. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR
                    United States Attorney
                    D.C. Bar No. 498610

                    /s/
                    MEGAN L. ROSE
                    Assistant United States Attorney
                    N.C. Bar No. 28639
                    Civil Division
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7220
                    Facsimile: (202) 514-8780

                    /s/
                    SUSAN MAXSON LYONS
                    D.C. Bar No. 434249
                    Attorney
                    U.S. Department of Health and
                       Human Services
                    Office of the General Counsel
                    Room 5309 Cohen Building
                    330 Independence Ave., S.W.
                    Washington, D.C. 20201
                    (202) 619-3802
                    Facsimile: (202) 401-1405