# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDMJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of the United States Department )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01200 (EGS) |

## <u>ORDER</u>

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, and the entire record herein, it is this \_\_\_\_ day of _____, 2007,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Amended Complaint on or before March 26, 2007.

_____
UNITED STATES DISTRICT JUDGE