UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01200 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| of the United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF FILING**

Defendant Michael O. Leavitt, the Secretary of Health and Human Services, files herewith the four-volume certified supplemental administrative record for Plaintiff's Amended Complaint in this action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.[1]

March 15, 2007                              Respectfully submitted,

                                            /s/
                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar No. 498610

---

[1] Defendant notes that with respect to Plaintiff's fiscal year ending June 30, 2003, this supplemental administrative record includes only those documents related to the Provider Reimbursement Review Board's December 4, 2006, decision, as other issues related to this fiscal year are currently pending before the PRRB.

          /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780


          /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this _____ day of March, 2007, served a true and correct copy of the foregoing Notice of Filing in <u>UMDMJ-University Hospital v. Leavitt</u>, Case No. 1:06-CV-01200 (EJS), by first class United States mail, postage prepaid, on counsel for Plaintiff at the following address:

> Murray J. Klein
> Jacqueline E. Bennett
> REED SMITH LLP
> 1301 K Street, N.W.
> Suite 1100 - East Tower
> Washington, D.C. 20005

> _____
> Megan L. Rose
> Assistant United States Attorney
> Civil Division
> 555 4th Street, N.W. - Room E-4220
> Washington, D.C. 20530