UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff , )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>   of the United States Department )<br>   of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01200 (EGS) |

**ERRATA TO NOTICE OF FILING**

Defendant Michael O. Leavitt, the Secretary of Health and Human Services, submits this errata to correct its previous notice of filing of supplemental record. The footnote should be corrected to state that with respect to Plaintiff's fiscal years ending June 30, 2002 and June 30, 2003, the supplemental administrative record includes only those documents related to the Provider Reimbursement Review Board's June 5, 2006, and December 4, 2006, decisions, as other issues related to those fiscal years are currently pending before the PRRB.

March 15, 2007                                         Respectfully submitted,

                                                       _____/s/_____
                                                       JEFFREY A. TAYLOR
                                                       United States Attorney
                                                       D.C. Bar No. 498610

        /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780


        /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this _____ day of March, 2007, served a true and correct copy of the foregoing Notice of Filing in <u>UMDMJ-University Hospital v. Leavitt</u>, Case No. 1:06-CV-01200 (EJS), by first class United States mail, postage prepaid, on counsel for Plaintiff at the following address:

> Murray J. Klein
> Jacqueline E. Bennett
> REED SMITH LLP
> 1301 K Street, N.W.
> Suite 1100 - East Tower
> Washington, D.C. 20005

_____
Megan L. Rose
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E-4220
Washington, D.C. 20530