# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL | : |
| Plaintiff, | : Case No. 1:06-cv-01200-EGS |
| v. | : |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | : |
| Defendant. | : |

## CONSENT MOTION TO AMEND BRIEFING SCHEDULE

Plaintiff UNDNJ-University Hospital (the "Hospital"), through counsel and with the consent of the Defendant, moves this Court for an order providing a short continuation of the briefing schedule previously entered by the Court, and as grounds therefor states the following:

1. The Court, upon motion of the parties, entered an order setting forth a briefing schedule for dispositive motions as follows:

March 19, 2007 – Plaintiff's dispositive motion due

April 23, 2007 – Defendant's opposition to Plaintiff's motion, and Defendant's cross-motion, due

May 29, 2007 – Plaintiff's reply to opposition to motion, and opposition to cross-motion, due

June 19, 2007 – Defendant's reply to opposition to cross-motion due

2. Due to scheduling conflicts that have arisen and unexpected illness, counsel for the Hospital seeks additional time in which to file the Hospital's dispositive motion. Counsel for

-2-

the Hospital has spoken with Defendant's counsel, who consents to a 25-day extension of all dates in the scheduling order such that the new dates are as follows:

April 13, 2007 – Plaintiff's dispositive motion due

May 18, 2007 – Defendant's opposition to plaintiff's motion, and Defendant's cross-motion, due

June 25, 2007 – Plaintiff's reply to opposition to motion, and opposition to cross-motion, due

July 16, 2007 – Defendant's reply to opposition to cross-motion due

      3.    No prejudice will result from the granting of this motion. No other dates have been set in this case, and the Hospital has not previously sought an extension of the briefing schedule.

      WHEREFORE, the plaintiff UMDNJ-University Hospital asks that its motion be granted.

Respectfully submitted,

/s/ Jacqueline E. Bennett_____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Attorneys for the Plaintiff

Dated: March 16, 2007