## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL | : |
| Plaintiff, | : Case No. 1:06-cv-01200-EGS |
| v. | : |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | : |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff UNDNJ-University Hospital's Consent Motion to Amend Briefing Schedule, and seeing that there will be no prejudice by the granting of Plaintiff's Motion, it is hereby ordered that the motion be granted and that the briefing schedule be amended as follows:

April 13, 2007 – Plaintiff's dispositive motion due

May 18, 2007 – Defendant's opposition to plaintiff's motion, and Defendant's cross-motion, due

June 25, 2007 – Plaintiff's reply to opposition to motion, and opposition to cross-motion, due

July 16, 2007 – Defendant's reply to opposition to cross-motion due

Date: _____                    _____
                                   United States District Judge