# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL O. LEAVITT )<br>Secretary of the United States Department of )<br>Health and Human Services )<br>)<br>Defendant. ) | Case No. 1:06-cv-01200 (EGS) |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff UMDNJ – University Hospital ("the Hospital"), by and through its undersigned counsel, respectfully moves pursuant to Fed. R. Civ. P. 56 for summary judgment in its favor, on the grounds that there is no material issue in dispute and the Plaintiff is entitled to judgment as a matter of law.

In support of its Motion, the Hospital refers the Court to the memorandum of points and authorities in support of its motion and its statement of material facts as to which there is no genuine issue, both of which are incorporated herein by reference. A proposed order setting forth the relief requested has also been filed.

WHEREFORE, Plaintiff asks that its Motion be granted, and that the Court issue an order (i) directing the Provider Reimbursement Review Board ("PRRB") to find that there is jurisdiction for the clinical medical education issues referenced in Plaintiff's PRRB Appeals and (ii) directing the PRRB to review and rule upon the clinical medical education issues, on the merits, notwithstanding the fact that those issues were not raised in the Plaintiff's originally filed cost reports.

-2-

    Respectfully submitted,

    /s/ Jacqueline E. Bennett
    Jacqueline E. Bennett
    DC Bar #474355
    Murray J. Klein
    DC Bar #492415
    **REED SMITH LLP**
    1301 K Street, N.W.
    Suite 1100 – East Tower
    Washington, DC 20005
    (202) 414-9200
    (202) 414-9299 facsimile
    JBennett@ReedSmith.com

Dated: April 13, 2007