UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL O. LEAVITT )<br>Secretary of the United States Department of )<br>Health and Human Services )<br>)<br>Defendant. ) | Case No. 1:06-cv-01200 (EGS) |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56.1, the Plaintiff Hospital hereby sets forth the following statement of material facts as to which there is no genuine issue:

1. The Hospital submitted its Medicare cost report for cost reporting period July 1, 1999 to June 30, 2000, in accordance with the reimbursement policies of the Centers for Medicare and Medicaid Services ("CMS"). See Administrative Record, 27-30.[1]

2. The Intermediary, on April 30, 2002, issued the Notice of Program Reimbursement ("NPR") for fiscal year ended June 30, 2000. See Administrative Record, 27-30.

3. On December 6, 2002, the Hospital timely filed an appeal for fiscal year 2000 and subsequently added the clinical medical education programs issue by letter dated February 23, 2006. See Administrative Record, 20, 113-118.

---

[1] The Administrative Record was filed with the Court by Defendant on November 13, 2006 and March 15, 2007.

- 2 -

4.     The Intermediary later challenged the jurisdiction of the PRRB to hear the clinical medical education programs issue for fiscal year 2000.  <u>See</u> Administrative Record, 14-18.

5.     By correspondence dated May 2, 2006, the PRRB issued a decision in which the PRRB concluded that it does not have jurisdiction over the clinical medical education programs issue for fiscal year June 30, 2000 because the Hospital did not request reimbursement of the cost in its cost report.  <u>See</u> Administrative Record, 2-3.

6.     Under similar facts, the Board issued an equivalent jurisdictional ruling for fiscal year 2001.  <u>See</u> the Board's June 12, 2006 decision related to the Hospital's appeal for fiscal year 2001, attached hereto as Exhibit A.

7.     Under similar facts, the Board issued an equivalent jurisdictional ruling for fiscal year 2002.  <u>See</u> the Board's June 5, 2006 decision related to the Hospital's appeal for fiscal year 2002, attached hereto as Exhibit B.

8.     The present suit was filed no later than 60 days after the Hospital received notice of the PRRB's decisions that it lacked jurisdiction over the clinical medical education programs issue for all of the fiscal years at issue.  <u>See</u> the Hospital's Complaint.

      Respectfully submitted,

       /s/ Jacqueline E. Bennett_____
      Jacqueline E. Bennett
      DC Bar #474355
      Murray J. Klein
      DC Bar #492415
      **REED SMITH LLP**
      1301 K Street, N.W.
      Suite 1100 – East Tower
      Washington, DC  20005
      (202) 414-9200
      (202) 414-9299 facsimile
      JBennett@ReedSmith.com

Dated:  April 13, 2007