UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL O. LEAVITT<br>Secretary of the United States Department of<br>Health and Human Services<br><br>    Defendant. | Case No. 1:06-cv-01200 (EGS) |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that, as to the Plaintiff's Motion for Summary Judgment, the Court finds that the material facts are not in dispute and that judgment should enter for Plaintiff as a matter of law, and it is therefore ORDERED that the Plaintiff's Motion for Summary Judgment be and hereby is GRANTED, and

ORDERED that (i) the Provider Reimbursement Review Board ("PRRB") is directed to find that there is jurisdiction for the clinical medical education issues referenced in Plaintiff's PRRB Appeals, and (ii) the PRRB is directed to review and rule upon the clinical medical evaluation issues, on the merits, notwithstanding the fact that those issues were not raised in the Plaintiff's originally filed cost reports.

Date: _____           _____
                      United States District Judge