UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01200 (EGS) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary | ) | |
| of the United States Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("Secretary"), by and through his undersigned counsel, respectfully moves this Court to amend the briefing schedule previously entered by the Court. In compliance with LCvR 7(m), the Secretary's undersigned agency counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has consented to this motion.

In support of the instant motion, the Secretary states as follows:

1. By Order dated March 17, 2007 ("March 17 Order"), the Court granted Plaintiff's Consent Motion to Amend Briefing Schedule and amended the briefing schedule for dispositive motions as follows:

April 13, 2007:    Plaintiff's dispositive motion

May 18, 2007:    Defendant's dispositive motion and opposition to Plaintiff's motion

    June 25, 2007:      Plaintiff's opposition to Defendant's motion and reply

    July 16, 2007:      Defendant's reply

    2. Plaintiff filed its motion for summary judgment on April 13, 2007.

    3. Due to scheduling conflicts that have arisen since imposition of the Court's March 17 Order and the heavy workload of the Secretary's agency counsel, agency counsel needs additional time to prepare the Secretary's opening brief. For example, agency counsel is the primary agency counsel in Situ, et al. v. Leavitt, No. 06-cv-02841 (N.D. Ca. filed April 26, 2006), a nationwide class action challenging various aspects of the Secretary's implementation of Medicare Part D, which was created by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("MMA"), Pub. L. 108-173, 117 Stat. 2066, 42 U.S.C. § 1395w-101 et seq. (2003). Agency counsel has been served with massive discovery requests propounded by the plaintiffs in the Situ litigation, and is currently scheduled to be out of the office this week for depositions in that case. In addition, agency counsel has an upcoming oral argument in the United States Court of Appeals for the Ninth Circuit in Loma Linda University Medical Center v. Leavitt, Nos. 05-56341 & 05-56497 (9th Cir.).

    4. The Secretary has requested no prior extensions to the briefing schedule.

    5. In order to allow sufficient time for the Secretary's counsel to consult with the agency as necessary and to prepare the Secretary's opening brief, while still meeting her other deadlines, the Secretary respectfully requests a 42-day extension of time, up to and

including June 29, 2007, within which to file the Secretary's opening brief. Agency counsel has spoken to Plaintiff's counsel, who consents to the following amended briefing schedule:

    June 29, 2007:    Defendant's dispositive motion and opposition to Plaintiff's motion

    July 27, 2007:    Plaintiff's opposition to Defendant's motion and reply

    August 17, 2007:    Defendant's reply

6. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

    /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780

      /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405