UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>   of the United States Department )<br>   of Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06CV01200 (EGS) |

**<u>ORDER</u>**

Having considered Defendant's Consent Motion to Amend Briefing, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that the briefing schedule be amended as follows:

June 29, 2007:    Defendant's dispositive motion and opposition to Plaintiff's motion

July 27, 2007:    Plaintiff's opposition to Defendant's motion and reply

August 17, 2007:    Defendant's reply

_____
UNITED STATES DISTRICT JUDGE