UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>   of the United States Department )<br>   of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01200 (EGS) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 7-day enlargement of time to July 6, 2007, to file his dispositive motion and opposition to Plaintiff's dispositive motion. In compliance with LCvR 7(m), the Secretary's undersigned agency counsel attempted to consult with Plaintiff's counsel on June 15, 2007, and June 18, 2007, but was unable to reach them.

In support of the instant motion, the Secretary states as follows:

1.  By Order dated May 15, 2007, the Court granted Defendant's Consent Motion to Amend Briefing Schedule and amended the briefing schedule for dispositive motions as follows:

| | |
|---|---|
| June 29, 2007: | Defendant's dispositive motion and opposition to Plaintiff's motion |
| July 27, 2007: | Plaintiff's opposition to Defendant's motion and reply |

August 17, 2007:     Defendant's reply

2.  When the Secretary's undersigned agency counsel negotiated the above briefing schedule with Plaintiff's counsel, she had a settlement conference scheduled for July 3, 2007, in San Francisco, California, in Situ, et al. v. Leavitt, No. 06-cv-02841  (N.D. Ca. filed April 26, 2006).  On June 6, 2007, the magistrate judge in that matter moved the settlement conference to June 29, 2007, the date on which the Secretary's brief is due under the current schedule in this case.  This change in date will require the Secretary's agency counsel to depart for San Francisco early in the day on June 28, 2007.  As a result, the brief will need to be completed by June 27, 2007, in order for the Secretary to meet the June 29, 2007, filing deadline.  The only other counsel from agency counsel's office with enough knowledge of the case to attend the settlement conference will either be on pre-scheduled leave or recovering from surgery at the time of the settlement conference.

3.  The Secretary's agency counsel had hoped she could still meet the filing deadline without requesting an extension but, because of her heavy workload, will not be able to do so.  For example, on June 11, 2007, she argued Loma Linda University Medical Center v. Leavitt, Nos. 05-56341 & 05-56497 (9th Cir.), in Pasadena, California. Preparing for this argument expended a significant amount of agency counsel's time. Upon returning from the argument, the Secretary's counsel had to work under a very tight deadline to review an agency regulation.  The Secretary's agency counsel also has, among other things, an Answer due in St. Anthony's Medical Center v. Leavitt, No.

1:07CV00260 (D.D.C., filed Feb. 2, 2007), on June 26, 2007.

4. The subject matter expert in the Centers for Medicare & Medicaid Services on payment for nursing and allied health education, which is the subject of the underlying merits in this case, will be on annual leave from June 25 through June 29, 2007. It is vital that this individual have an opportunity to review a draft of the brief before it is filed and that agency counsel be able to consult with her as needed.

5. In order to allow sufficient time for the Secretary's agency counsel to consult with the agency as necessary and to prepare the Secretary's opening brief, while still attending the June 29, 2007, settlement conference in San Francisco, California, the Secretary respectfully requests a 7-day extension of time, up to and including July 6, 2007, within which to file the Secretary's opening brief. Agency counsel has tried to reach Plaintiff's counsel to obtain their consent, but has been unable to do so.

6. This is the Secretary's second request for an enlargement of time in which to file his dispositive motion.

7. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                                                Respectfully submitted,

                                                _____/s/_____
                                                JEFFREY A. TAYLOR
                                                United States Attorney
                                                D.C. Bar No. 498610

/s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780


/s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405