UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | Case No. 1:06CV01200 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| of the United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Having considered Defendant's Motion for Enlargement of Time, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendant's time to file Defendant's dispositive motion and opposition to Plaintiff's motion is hereby enlarged by one week, up to and including July 6, 2007.

_____
UNITED STATES DISTRICT JUDGE