UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01200 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| of the United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), submits the following Statement of Material Facts As To Which There Is No Genuine Issue in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7(h) and 56.1.

1. Plaintiff UMDNJ-University Hospital, a provider of Medicare services, operates an inpatient hospital in Newark, New Jersey. (Amended Complaint at ¶6; Defendant's Answer to Amended Complaint at ¶6.)

2. On September 17, 2001, the fiscal intermediary issued the NPR for the hospital's fiscal year ending June 30, 1999 ("FY 1999"). (Certified Supplemental Administrative Record ("SAR") 599-939.)

3. On March 15, 2002, the provider appealed five issues to the PRRB, none of which related to payment for clinical medical education programs. (See SAR 546-52.)

4. Over the course of the next three and a half years, issues were withdrawn and added (see, e.g., SAR 505-12), but UMDNJ never raised the issue of whether it should have been paid for costs associated with clinical medical education programs. (See SAR 11-20 (text of intermediary's hearing brief); 82-90 (text of provider's hearing brief).)

5. On August 8, 2006, the fiscal intermediary and UMDNJ entered into an Administrative Resolution (SAR 2-9), and on August 10, 2006, the PRRB granted UMDNJ's request for withdrawal of the appeal. (SAR 1.)

6. UMDNJ did not claim costs related to clinical medical education programs on its cost report for its fiscal year ending June 30, 2000 ("FY 2000"). (Amended Complaint at ¶16; Defendant's Answer to Amended Complaint at ¶16.)

7. On June 12, 2002, the fiscal intermediary issued the NPR for the hospital's FY 2000. (Certified Administrative Record ("AR") 622-796.)

8. On December 6, 2002, the provider appealed ten issues to the PRRB, none of which related to payment for clinical medical education programs. (AR 615-20.)

9. By letter dated February 23, 2006, almost four years after the initial NPR and after the date for the Board hearing had been set, UMDNJ sought to add the following issue to its Board appeal: "Whether the Intermediary incorrectly excluded costs related to the School of Nursing, School of Health Related Professions, and School of Biomedical Sciences from the Provider's cost report." (AR 65.) Plaintiff did not provide an estimate on the reimbursement effect of the alleged exclusion of these costs.

10. The fiscal intermediary contested the PRRB's jurisdiction over this issue, and Plaintiff filed a brief in opposition to the intermediary's challenge. (AR 5-11, 12-64.)

11. By letter dated May 2, 2006, the Board denied jurisdiction over what it called the clinical medical education programs issue. (AR 2-3.)

12. Subsequently, the parties settled the remaining issues in the appeal. (AR 1.)

13. UMDNJ again failed to claim costs related to clinical medical education programs for Plaintiff's fiscal year ending June 30, 2001 ("FY 2001"). (Amended Complaint at ¶18; Defendant's Answer to Amended Complaint at ¶18.)

14. On September 29, 2003, the fiscal intermediary issued the NPR for the hospital's FY 2001. (See AR 817-819 (NPR cover letter).)

15. By letter dated March 23, 2004, UMDNJ appealed six issues to the PRRB, none of which related to payment for clinical medical education programs. (AR 868-75.)

16. By letter dated August 25, 2005, UMDNJ sought to add the same issue to its FY 2001 Board appeal that it added to the Board appeal for its FY 2000 - namely, "[w]hether the Intermediary incorrectly excluded costs related to the School of Nursing, School of Health Related Professions, and School of Biomedical Sciences from the Provider's cost report." (AR 866.) Plaintiff did not provide an estimate on the reimbursement effect of the alleged exclusion of these costs.

17. The fiscal intermediary contested the PRRB's jurisdiction over this issue. (AR 803-63.)

18. On May 2, 2006, the Board denied jurisdiction over the issue. (See AR 801-02.)

19. The remaining issues in the appeal were later resolved and the appeal withdrawn. (See Second Supplemental Administrative Record ("SSAR") 8.)

20. The facts for Plaintiff's FY 2002 and FY 2003 are similar, except in those cases the Plaintiff included the issue of payment for its clinical medical education programs in its initial appeals to the PRRB. (See SAR 1002-1187 (provider's January 3, 2005, request for hearing with respect to FY 2002, with July 9, 2004, NPR and other documentation attached); 949-1001 (intermediary's jurisdictional challenge); 942-48 (Plaintiff's response); 940-41 (PRRB decision dated June 5, 2006, denying jurisdiction); 1297-1477 (provider's March 30, 2006, request for hearing with respect to FY 2003, with October 20, 2005, NPR and other documentation attached); 1238-96 (intermediary's jurisdictional challenge); 1232-37 (Plaintiff's response); 1188-89 (PRRB decision dated December 4, 2006, denying jurisdiction).)

21. Although other issues remained pending before the Board for those years at the time Plaintiff filed its Amended Complaint in this matter, the appeal for FY 2002 has since been withdrawn with respect to those issues. (See Docket No. 18, Errata to Notice of Filing (filed March 15, 2007) (noting that remaining issues are still pending before the PRRB for 2002 and 2003 fiscal years); SSAR 16.)

22. Plaintiff filed its initial complaint against the Secretary on June 30, 2006 (Docket No. 1), and its Amended Complaint ("Complaint") on February 7, 2007 (Docket No. 13).

23. The original complaint requested a remand requiring the PRRB to exercise jurisdiction over the 2000 and 2001 cost years, while the amended complaint added a similar request with respect to the 1999, 2002, and 2003 cost years. (Compare Complaint Prayer for Relief (1)(a) (referring to 2001 and 2001 cost years) with Amended Complaint Prayer for Relief (1)(a) (referring to "all of the cost report years referenced in the Complaint").)

July 6, 2006

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

/s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780

                                      /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

Counsel for Defendant