UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01200 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| of the United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion to Dismiss and for Summary Judgment, Plaintiff's opposition thereto, Defendant's reply, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Defendant's Motion to Dismiss and for Summary Judgment be, and the same hereby is, GRANTED, that this matter be dismissed with respect to Plaintiff's 1999 and 2002 cost years for lack of subject-matter jurisdiction, and that summary judgment be entered in favor of the Secretary with respect to the 2000, 2001, and 2003 fiscal years.

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment be, and the same hereby is, DENIED; and it is

FURTHER ORDERED that this matter is hereby DISMISSED WITH PREJUDICE.

_____
United States District Judge