UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of the United States Department ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:06CV01200 (EGS) |

**DEFENDANT'S CONCISE STATEMENT OF GENUINE ISSUES**

Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), hereby responds to Plaintiff's Statement of Material Facts ("Plaintiff's Statement") in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7(h) and 56.1.

Defendant avers that, to the extent that the parties disagree as to the facts underlying the present action, those disagreements are not material. Instead, all material facts are those found in the record, and under the Medicare Act, 42 U.S.C. § 1395oo(f)(1), and the Administrative Procedure Act, 5 U.S.C. § 706(2), the facts found by the agency are reviewed to determine whether they are supported by substantial evidence taken as a whole.

In any event, Plaintiff's Statement (specifically, allegations in paragraphs 1-7) contains many characterizations of this action and various record documents and authorities, to which no response is required. Nevertheless, responding specifically to the numbered paragraphs of

Plaintiff's Statement and using the same paragraph numbering, Defendant responds to the following specific assertion in Plaintiff's Statement:

    8. Defendant denies that the present suit was filed no later than 60 days after the Hospital received notice of the PRRB's decisions that it lacked jurisdiction over the clinical medical education programs issue for all of the fiscal years at issue. See Am. Compl.

July 6, 2007                                      Respectfully submitted,

                                                         /s/
                                     JEFFREY A. TAYLOR
                                     United States Attorney
                                     D.C. Bar No. 498610

                                                         /s/
                                     MEGAN L. ROSE
                                     Assistant United States Attorney
                                     N.C. Bar No. 28639
                                     Civil Division
                                     555 Fourth Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7220
                                     Facsimile: (202) 514-8780

/s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

Counsel for Defendant