## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL )<br><br>Plaintiff, )<br>v. )<br><br>MICHAEL O. LEAVITT )<br>Secretary of the United States Department of )<br>Health and Human Services )<br><br>Defendant. ) | Case No. 1:06-cv-01200 (EGS) |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss and for Summary Judgment,

the Plaintiff's Opposition thereto, and the entire record herein, it is hereby

ORDERED that the Defendant's Motions be DENIED and that the Plaintiff's Motion for

Summary Judgment be GRANTED.


Date: _____                     _____

                                    United States District Judge