UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01200 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
|     of the United States Department ) | |
|     of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 28-day enlargement of time, through September 21, 2007, to file his reply brief in support of Defendant's pending dispositive motion. In compliance with LCvR 7(m), the Secretary's undersigned agency counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has consented to this motion.

In support of the instant motion, the Secretary states as follows:

1. At present, Plaintiff has filed its dispositive motion and its opposition to Defendant's dispositive motion and reply, and the Secretary has filed his dispositive motion and opposition to Plaintiff's dispositive motion. Under the current schedule, the Secretary's reply brief is due August 24, 2007.

2.  The undersigned agency counsel has longstanding vacation plans from August 17, 2007, to September 4, 2007. She thus will be out of the office during the week prior to the due date for the reply brief, and will not be returning to the office until over a week after that date.

3.  The undersigned agency counsel also has had unexpected illnesses in her family, which have required her to be out of the office for part of the week of August 6, 2007.

4.  In order to allow sufficient time for the Secretary's agency counsel to consult with the agency as necessary and to prepare the Secretary's reply brief, the Secretary respectfully requests a 28-day extension of time, through September 21, 2007, within which to file the Secretary's reply.

5.  This is the Secretary's first request for an enlargement of time in which to file his reply brief.

6.  This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                                          Respectfully submitted,

                                                          /s/
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                        D.C. Bar No. 498610

        /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780

        /s/
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405