# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV01200 (EGS) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time, and the entire record herein, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendant's time to file Defendant's reply is hereby enlarged by 28 days, up to and including September 21, 2007.

_____
UNITED STATES DISTRICT JUDGE