# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ UNIVERSITY HOSPITAL,    ) | |
|         ) | |
|    Plaintiff,    ) | |
|         ) | |
|    v.    ) | Civ. Action No. 1:06-1200 (EGS) |
|         ) |    ECF |
| MICHAEL O. LEAVITT,    ) | |
| Secretary, United States Department of    ) | |
| Health and Human Services,    ) | |
|         ) | |
|    Defendant.    ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

     The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007        Respectfully submitted,

                          /s/
                        MEGAN L. ROSE, NC Bar No. 28639

                          /s/
                        CHARLOTTE A. ABEL
                        D.C. Bar No. 388582
                        Assistant United States Attorney
                        555 Fourth St., N.W.
                        Washington, D.C. 20530
                        (202) 307-2332