UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
UMDNJ-UNIVERSITY HOSPITAL          )
                                   )
            Plaintiff,             )
                                   )
                                   )   Civ. No. 06-1200 (EGS)
       v.                          )
                                   )
MICHAEL O. LEAVITT,                )
SECRETARY OF UNITED STATES         )
DEPARTMENT OF HEALTH AND           )
HUMAN SERVICES,                    )
                                   )
            Defendant.             )
_____)

**ORDER**

Pending before the Court is plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment. Upon consideration of the Motions, the responses and replies thereto, the applicable law and the entire record, and for the reasons stated in the accompanying Memorandum Opinion, plaintiff's Motion is **GRANTED** and defendant's Motion is **DENIED**. This matter is remanded to the Provider Reimbursement Review Board for proceedings consistent with the Memorandum Opinion issued today in this case.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           March 7, 2008**