UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UMDNJ-UNIVERSITY HOSPITAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action 06-1200 (EGS) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given this 5th day of May, 2008, that Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the March 7, 2008 Order and Memorandum Opinion granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment.

Dated:  May 5, 2008                         Respectfully submitted,


                                            /s/
                                            JEFFREY A. TAYLOR
                                            D.C. BAR No. 498610
                                            United States Attorney

                                            /s/
                                            CHRISTOPHER B. HARWOOD
                                            N.Y. Reg. No. 4202982
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C.  20530
                                            Phone: (202) 307-0372
                                            Fax: (202) 514-8780
                                            Christopher.Harwood@usdoj.gov

        /s/
_____
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201

Counsel for Defendant

Copy to:  ECF Counsel