UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMDNJ – UNIVERSITY HOSPITAL<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services<br><br>　　　　　Defendant. | Case No. 1:06-cv-01200 (EGS) |

## NOTICE OF APPEAL

Notice is hereby given that UMDNJ-University Hospital, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this matter on March 7, 2008.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*Jacqueline E. Bennett*
　　　　　　　　　　　　　　　　　Jacqueline E. Bennett
　　　　　　　　　　　　　　　　　DC Bar #474355
　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　1301 K Street, N.W.
　　　　　　　　　　　　　　　　　Suite 1100 – East Tower
　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　(202) 414-9200
　　　　　　　　　　　　　　　　　(202) 414-9299 Facsimile
　　　　　　　　　　　　　　　　　JBennett@ReedSmith.com

　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff
　　　　　　　　　　　　　　　　　UMDNJ-University Hospital

Dated:  May 5, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal was served by first-class mail, postage prepaid on the following on this 5th day of May, 2008:

Christopher B. Harwood
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington DC 20530

Susan M. Lyons
U.S. Department of Health & Human Services
Office of the General Counsel
330 Independence Avenue, S.W.
Cohen Building
Washington, DC 20201

_Jacqueline E. Bennett_
Jacqueline E. Bennett